NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NESTE OIL OYJ,**
*Appellant*

**v.**

**REG SYNTHETIC FUELS, LLC,**
*Appellee*

---

2015-1075

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2013-00178.

---

**JUDGMENT**

---

MICHAEL J. FLIBBERT, Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, Washington, DC, argued for appellant. Also represented by MAUREEN DONOVAN QUELER, CHARLES THOMAS COLLINS-CHASE, MEGAN ROSE LEINEN.

JEANNE MARIE GILLS, Foley & Lardner LLP, Chicago, IL, argued for appellee. Also represented by MICHAEL ROBERT HOUSTON, JASON BERTA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (WALLACH, CLEVENGER, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


June 8, 2015
Date

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court